An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JIMMY MARTIN RODRIGUEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62138

**FILED**

JUN 13 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction entered pursuant to a guilty plea of felony domestic battery. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant Jimmy Martin Rodriguez contends that the district court abused its discretion by imposing a sentence that focuses on public safety and fails to address his mental health and drug addiction problems. However, Rodriguez's 12- to 60-month sentence falls within the parameters of the relevant statutes, *see* NRS 193.130(2)(c); NRS 200.485(1)(c), and he has not alleged that the district court relied solely on impalpable or highly suspect evidence, *see Silks v. State,* 92 Nev. 91, 94, 545 P.2d 1159, 1161 (1976); therefore, we conclude that the district court

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17467

did not abuse its discretion at sentencing, *see Chavez v. State*, 125 Nev. 328, 348, 213 P.3d 476, 490 (2009). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Connie J. Steinheimer, District Judge
     Washoe County Public Defender
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk